

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

September 24, 2021

BY ECF

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

9/24/21   /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

Re: Jose A. Feliz, Jr. v. Comm'r of Soc. Sec.,
    21 Civ. 4634 (JGK)

Dear Judge Koeltl:

Pursuant to the schedule in this Social Security case, the administrative record is due September 27, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until November 26, 2021.

The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

By:   s/ Susan D. Baird
      SUSAN D. BAIRD
      Assistant United States Attorney
      tel. (212) 637-2713
      Susan.Baird@usdoj.gov

cc:   Daniel Berger, Esq.