

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE A. FELIZ, JR.,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

21-CV-4634 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Jose A. Feliz, Jr. filed this action pursuant to § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security denying his applications for disability insurance benefits and supplemental security income. The parties agreed pursuant to 28 U.S.C. § 636(c) that a United States Magistrate Judge may conduct all proceedings and direct the entry of judgment in this action.

    The Court has carefully reviewed the record, the briefs, and applicable law, and heard oral argument from the parties on September 12, 2022. For the reasons announced on the record at the conclusion of the argument, the Court has determined that the Commissioner's decision was based on the correct legal standards and was supported by substantial evidence. Therefore, plaintiff's motion for judgment on the pleadings (Dkt. 25) is DENIED and the Commissioner's motion for judgment on the pleadings (Dkt. 27) is GRANTED.

    The Clerk of the Court is respectfully directed to close the case.

Dated: New York, New York
       September 12, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**