UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE A. FELIZ, JR.,

                                    Plaintiff,                            21 **CIVIL** 4634 (BCM)

                    -against-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                                  Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Order dated September 12, 2022, defendant's motion for judgment on the pleadings is granted; accordingly, this case is closed.

**Dated:**  New York, New York
            September 13, 2022

                                                                       **RUBY J. KRAJICK**

                                                                          Clerk of Court

                                                 **BY:**

                                                                           Deputy Clerk